### SUTTON, administrator, v. BLALOCK.

HILL, J. 1. On the trial of a claim case, it was reversible error to allow a witness for the claimant to testify, over objection of counsel for the plaintiff in fi. fa.: "I am acquainted with the land in Bulloch county which was the consideration of the notes sued on in this case. I offered Sutton $1,000 for it." It appeared that "Sutton" was the administrator who sued on the purchase-money notes and caused to be levied the execution issued on the judgment on the land mentioned by the witness, which brought at the sale about $300 and which was credited on the fi. fa. The present levy was on other land in a different county. The evidence objected to was wholly irrelevant, and should have been rejected.

2. The other assignments of error are without substantial merit.

*Judgment reversed. All the Justices concur, except Atkinson, J., absent.*

APRIL 23, 1914.

Claim. Before Judge Sheppard. Tattnall superior court. April 30, 1913.

*H. C. Beasley* and *Hines & Jordan,* for plaintiff.

*H. H. Elders,* contra.